No. 95-766. NELSON, GOVERNOR OF NEBRASKA, ET AL. v. ORR ET AL. C. A. 8th Cir. Certiorari denied.

No. 95-769. ALLEN v. ALLEN ET AL. Super. Ct. Pa. Certiorari denied.

No. 95-772. OUTDOOR COMMUNICATIONS, INC. v. CITY OF MURFREESBORO. C. A. 6th Cir. Certiorari denied.

No. 95-776. CISNEROS v. U. D. REGISTRY, INC., ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 95-777. SAENZ v. ARRELLANO GONZALEZ. C. A. 5th Cir. Certiorari denied.

No. 95-780. SINGH v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 95-785. BARITSKY v. (BARITSKY) SIEGLER. Ct. App. Wis. Certiorari denied.

No. 95-792. TRISTANI ET AL. v. LORENZO ET AL. C. A. 2d Cir. Certiorari denied.

No. 95-814. ATTEBERRY ET AL. v. MAUMELLE CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 95-826. JENKINS v. NEW MEXICO SECURITIES DIVISION. Ct. App. N. M. Certiorari denied.

No. 95-828. MACDRAW, INC. v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 95-839. LINDSAY ET AL. v. BENEFICIAL REINSURANCE CO. ET AL. C. A. 9th Cir. Certiorari denied.